**In re A.L.C; E.R.S.C., Infants under the age of 16,**

**Andreas Carlwig, Petitioner–Appellee,**

v.

**Sarodjiny Carlwig, Respondent–Appellant.**

**No. 14–55671.**

United States Court of Appeals, Ninth Circuit.

Argued and Submitted March 2, 2015.

Filed April 17, 2015.

Matthew A. Fitzgerald (argued), Christopher Trible, and Lauren Woods, McGuireWoods LLP, Richmond, VA; Leslie M. Werlin, Dana Palmer, Molly White, Blake Olson, and Truc Nguyen, McGuireWoods LLP, Los Angeles, CA, for Plaintiff–Appellant.

Philip D. Parrish (argued), Philip D. Parrish, P.A., Miami, FA; Lawrence S. Katz, Miami, FA, for Defendant–Appellee.

Erin C. Smith, Nancy K.D. Lemon, and Jennafer Dorfman Wagner, Berkeley, CA; Donald M. Falk, Mayer Brown LLP, Palo Alto, CA, for Amici Curiae Family Violence Appellate Project, California Women's Law Center, Legal Momentum, Women's Law Project, and Professor Jane Stoever.

Before: Harry Pregerson, Ferdinand F. Fernandez, and Jacqueline H. Nguyen, Circuit Judges.

**ORDER**

Sarah Carlwig appeals the decision and order of the district court sending A.L.C. and E.R.S.C., dual-national American and Swedish children, to Sweden pursuant to the Convention on the Civil Aspects of International Child Abduction (the "Convention"), and its implementing legislation, the International Child Abduction Remedies Act, 22 U.S.C.A. §§ 9001–11. We have jurisdiction under 28 U.S.C. § 1291.

We hereby vacate the portion of the district court's order, *Carlwig v. Carlwig (In re A.L.C.),* 16 F.Supp.3d 1075 (C.D.Cal. 2014), concerning the habitual residence of E.R.S.C.

**IT IS SO ORDERED.**